IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Civil Action |
|     STINGFREE TECHNOLOGIES | ) No. 09-cv-01119 |
|     COMPANY | ) |
| | ) |
| STINGFREE TECHNOLOGIES COMPANY, | ) BKY NO. 08-16232(bif) |
| | ) |
|     Appellant | ) |
| | ) |
|     vs. | ) |
| | ) |
| AMERIC INVESTMENTS CAPITAL | ) |
|   COMPANY; | ) |
| VI CAPITAL COMPANY; | ) |
| LISA VITO; and | ) |
| ROBERT A. VITO, | ) |
| | ) |
|     Appellees | ) |
| | ) |
| FONIKA VENTURES, LLC, | ) |
| | ) |
|     Movant | ) |

O R D E R

NOW, this 31st day of March, 2010, upon consideration of the Motion of Fonika Ventures, LLC to Intervene filed June 17, 2009; upon consideration of Appellant's Response to Motion to Intervene, which response was filed June 23, 2009; upon consideration of the Memorandum of Law in Opposition to the Motion of Fonika Ventures, LLC to Intervene, which memorandum was filed July 1, 2009 by appellees; it appearing that on February 16, 2009, appellant filed a Notice of Appeal from the February 4, 2009 Order and Memorandum of the United States Bankruptcy Court for the Eastern District of Pennsylvania; after oral argument before the undersigned on January 12, 2010; upon

consideration of the briefs of the parties; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that the Motion of Fonika Ventures, LLC to Intervene is denied.

IT IS FURTHER ORDERED that the February 4, 2009 Order and Memorandum of United States Bankruptcy Judge Bruce A. Fox is affirmed.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge